**PRIORITY SEND**
JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  EDCV 13-01424-VAP (DTBx)                    Date:  August 20, 2013

Title:     THM ENTERPRISE, LLC -v- ANGELA BOYD DBA UNIQUELY
           ELEGANT ATTIRE ANGELA BOYD, AN INDIVIDUAL
================================================================
PRESENT:        HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

        Marva Dillard                                    None Present
        Courtroom Deputy                                 Court Reporter

ATTORNEYS PRESENT FOR                        ATTORNEYS PRESENT FOR
PLAINTIFFS:                                  DEFENDANTS:

        None                                             None

PROCEEDINGS:    MINUTE ORDER REMANDING ACTION TO CALIFORNIA
                SUPERIOR COURT, COUNTY OF SAN BERNARDINO (IN
                CHAMBERS)

     On June 21, 2013, Plaintiff THM Enterprise, LLC ("Plaintiff") filed a complaint for unlawful detainer (Ex. 1 to Not. of Removal ("Complaint")) against Defendant Angela Boyd dba Uniquely Elegant Attire Angela Boyd ("Defendant").  On August 13, 2013, Defendant removed the action on the basis of federal question jurisdiction. (See Not. of Removal at 1.)

     Removal jurisdiction is governed by statute.  See 28 U.S.C. §1441, et seq. The Ninth Circuit applies a strong presumption against removal jurisdiction, ensuring "the defendant always has the burden of establishing that removal is proper." Gaus v. Miles, Inc., 980 F.2d 564, 566 (9th Cir. 1992), citing Nishimoto v. Federman--Bachrach & Assocs., 903 F.2d 709, 712 n.3 (9th Cir. 1990); see also In re Ford

MINUTES FORM 11                              Initials of Deputy Clerk ___md___
CIVIL -- GEN                   Page 1

EDCV 13-01424-VAP (DTBx)
THM ENTERPRISE, LLC v. ANGELA BOYD DBA UNIQUELY ELEGANT ATTIRE ANGELA BOYD, AN INDIVIDUAL
MINUTE ORDER of August 20, 2013

<u>Motor Co./Citibank (South Dakota), N.A.</u>, 264 F.3d 952, 957 (9th Cir. 2001) ("The party asserting federal jurisdiction bears the burden of proving the case is properly in federal court.").

    Defendant claims the basis for removal is federal question jurisdiction, 28 U.S.C. § 1331, because the claims arise under federal law.  From the face of the Complaint, however, Plaintiff's only claim is for unlawful detainer, a California state law action.  <u>See</u> <u>Franchise Tax Bd. v. Constr. Laborers Trust</u>, 463 U.S. 1, 10 (1983) (defendant may not remove case to federal court unless the basis for federal jurisdiction is apparent on the face of the complaint).  Accordingly, Defendant has not shown the Court's jurisdiction based on federal question, 28 U.S.C. § 1331.

    Defendant has not met his burden of establishing that the case is properly in federal court.  <u>Gaus</u>, 980 F.2d at 566.  Accordingly, the Court REMANDS the action to the Superior Court of California, San Bernardino County.

    **IT IS SO ORDERED.**

MINUTES FORM 11                                          Initials of Deputy Clerk ___md___
CIVIL -- GEN                              Page 2